**Elmer ALLEN, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

June 17, 1947.

T. J. Underwood for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Motion for appeal from judgment of Garrard Circuit Court, committing movant for possession of intoxicating liquor in local option territory for purpose of sale, and fixing penalty at fine of $100 and 60 days' imprisonment.

Motion for appeal denied; Judgment affirmed.